

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2020

No. 04-20-00351-CV

**IN THE INTEREST OF T.E.C., ET AL CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01552
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

This is an accelerated appeal by both parents from an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. In this case, appellants filed their notices of appeal on July 13, 2020 and July 30, 2020. Appellants have filed their briefs.

The State's brief was originally due on November 16, 2020. On November 17, 2020, the State filed a motion for a twenty-day extension of time stating it did not receive a copy of one of the appellant's brief until November 17, 2020.

The motion is GRANTED and the State's brief is due **no later than December 6, 2020**.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2020.

MICHAEL A. CRUZ, Clerk of Court